**DISTRICT COURT OF MARYLAND FOR** Anne Arundel County

LOCATED AT (COURT ADDRESS)

251 Rowe Boulevard
Annapolis, MD 21401-1586

**CASE NO.**

CV

**COMPLAINT** ☐ $5,000 or under ☐ over $5,000 ☒ over $10,000

Clerk: Please docket this case in an action of ☐contract ☒tort
☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

This case arises from a motor vehicle accident occurring on March 20, 2013. Please see attached Complaint for further detail.

**PARTIES**

Plaintiff

Darrin J. Williams and Dequawn Butler
2527 North Capital Street
Washington DC 20002

FILED
LOGGED
ENTERED
RECEIVED

JUL - 1 2015

AT BALTIMORE COURT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND      DEPUTY

CV

**VS.**

| Defendant(s): | Serve by: |
|---|---|
| 1. Anthony J. Monaco<br>347 Green Aspin Court<br>Millersville, MD 21108 | ☐ Certified Mail<br>☐ Private Process<br>☐ Constable<br>☐ Sheriff |
| 2. | Serve by:<br>☐ Certified Mail<br>☐ Private Process<br>☐ Constable<br>☐ Sheriff |
| 3. | Serve by:<br>☐ Certified Mail<br>☐ Private Process<br>☐ Constable<br>☐ Sheriff |
| 4. | Serve by:<br>☐ Certified Mail<br>☐ Private Process<br>☐ Constable<br>☐ Sheriff |

(See Continuation Sheet)
☒ Legal
☐ Contractual _____ %

The Plaintiff claims:
☒ $ 15,000 _____ plus interest of $ _____ and attorney's fees of $ _____ plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☒ Other: such further relief as this Court deems appropriate. and demands judgment for relief _____

_____
Signature of Plaintiff/Attorney/Attorney Code
Signer's Address: 7361 Calhoun Place, Suite 205
Rockville, MD 20855

**ATTORNEYS**

For Plaintiff - Name, Address, Telephone Number & Code
Scott N. Bergman, Esq.    (011972)
THE LAW OFFICES OF SCOTT N. BERGMAN, LLC
7361 Calhoun Place, Suite 205
Rockville, MD 20855
TEL: (301) 330-4444

Signer's Telephone Number: (301) 330-4444
Signer's Facsimile Number, if any: (301) 330-4445
Signer's E-mail Address, if any: sbergman@bergmanslaw.com

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.
☒ No Defendant is in the military service. The facts supporting this statement are: Please see attached official Dept. of Defense status report.
                                                    Name

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

07/01/15
Date                                                    Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐Properly authenticated copy of any note, security agreement upon which claim is based ☐Itemized statement of account ☐Interest worksheet
☐Vouchers ☐Check ☐Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____
Date                                                    Signature of Affiant

DC/CV 1 (front) (Rev. 11/2012)

## NOTICE TO DEFENDANT

### Before Trial

**If you agree that you owe the Plaintiff the amount claimed,** you may contact the Plaintiff (or Plaintiff's attorney) before the trial date to arrange payment. **If you wish to contest the claim,** you should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the Court to consider. **If you do nothing,** a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING,** you may:

1. **APPEAL** to the Circuit Court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees - DCA 109A), unless the Court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:

   - **more than $5,000,** you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure - DCA 27BR).

   - **$5,000 or less,** you will have a new trial in the Circuit Court.

   On your trial date you should bring with you any evidence that you want the Court to consider.

2. File a **MOTION FOR A NEW TRIAL** within **10 days** after the entry of judgment, stating your reasons clearly. If the Court denies your Motion, you may still file an appeal; if the Court grants your Motion, you must appear in the District Court for a new trial.

3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within **10 days** after entry of judgment.

4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within **30 days** after entry of judgment.

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the Plaintiff or Plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the Plaintiff or Plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories:** You must answer these written questions about your income and assets in writing under penalties of perjury.

2. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.

3. **Writ of Execution:** The Court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form - DC/CV 40. Further, the Court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.

4. **Garnishment of Property:** The Court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.

5. **Garnishment of Wages:** The Court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

**If you have any questions, you should consult an attorney. The clerk of the Court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html.**

### NOTICE TO PLAINTIFF

1. If the Court enters a judgment for a sum certain, you have the right to file for a lien on real property.

2. If you disagree with the outcome of the case, you have the same post-trial rights as the Defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC/CV 1 (back) (Rev. 11/2012)

## IN THE DISTRICT COURT OF MARYLAND FOR ANNE ARUNDEL COUNTY

**DARRIN J. WILLIAMS**
2527 North Capitol St
Washington DC 20002

and

**DEQUAWN BUTLER**
2527 North Capitol St
Washington DC 20002

*Plaintiffs,*

v.

**ANTHONY J. MONACO**
347 Green Aspen CT.
Millersville, MD 21108

*Defendant.*

____ FILED  ____ ENTERED
____ LOGGED  ____ RECEIVED

JUL -- 1 2015

**Case No.:**

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

CY

DEPUTY

### COMPLAINT

Plaintiffs DARRIN J. WILLIAMS and DEQUAWN BUTLER, by and through their

attorneys Scott N. Bergman and the Law Offices of Scott N. Bergman, LLC, hereby submit this

Complaint against Defendant ANTHONY J. MONACO, and state as follows:

### PARTIES, JURISDICTION AND VENUE

1.    Plaintiff DARRIN J. WILLIAMS (hereinafter "Plaintiff DARRIN WILLIAMS")

is an adult individual citizen and resident of the District of Columbia.

2.    Plaintiff DEQUAWN BUTLER (hereinafter "Plaintiff DEQUAWN BUTLER") is

a minor individual citizen and resident of the District of Columbia.

3.    Defendant ANTHONY J. MONACO (hereinafter "Defendant ANTHONY

MONACO") is an adult individual citizen and resident of Anne Arundel County, Maryland.

4.    This Court has jurisdiction over Defendants pursuant to Courts and Judicial

Proceedings Article, Section 6-102.

5.       This Court is the proper venue for resolution of the claims set forth in this amended Complaint pursuant to Courts and Judicial Proceedings Article, Section 6-102, *et seq.*, as all the facts giving rise to Plaintiffs' causes of action arose in Anne Arundel County, Maryland.

## STATEMENT OF FACTS COMMON TO ALL COUNTS

6.       On the morning of March 20, 2013 at approximately 8 AM, Plaintiff DARRIN WILLIAMS was lawfully and carefully operating his motor vehicle, a 2005 Mercedes, on Eastern Avenue going northbound, NE approaching the intersection of Eastern Avenue and Monroe Street NE.

7.       Plaintiff DEQUAWN BUTLER was a passenger in Plaintiff's DARRIN WILLIAMS vehicle.

8.       Due to a red traffic light, Plaintiff's vehicle was fully stopped on Eastern Avenue awaiting a green light in order to proceed forward.

9.       At the same time, date and location, Defendant ANTHONY MONACO was operating a vehicle directly behind Plaintiff.

10.      Upon information and belief, Defendant ANTHONY MONACO is and was at all relevant times the owner of the vehicle he was driving.

11.      Suddenly and without warning to Plaintiffs, the vehicle operated by Defendant ANTHONY MONACO struck Plaintiff's vehicle in the rear, causing injuries and damages to Plaintiff's person and property.

12.      The vehicle collision was caused by Defendants without any negligence by Plaintiffs.

### COUNT I
**(Negligence- Both plaintiffs against Defendant)**

2

13.   Defendant ANTHONY MONACO owed a duty of care to other drivers and passengers on the road, including Plaintiffs, to operate the motor vehicle he was driving in a proper, safe manner.

14.   Defendant ANTHONY MONACO breached the duty of care he owed to Plaintiffs generally and in the following respects in that he:

a.   failed to operate the vehicle with due care and regard for the safety of others, including Plaintiffs.

b.   failed to maintain proper and adequate control over the vehicle,

c.   failed to maintain proper lookout,

d.   failed to observe or obey traffic control patterns and highway markings,

e.   failed to use due care,

f.   failed to slow, stop, swerve or take other appropriate evasive action to avoid a collision,

g.   collided with the side of another motor vehicle which was being operated in a lawful and safe manner.

h.   acted negligent at law, and

i.   acted negligent per se.

15.   The carelessness, gross negligence, recklessness, and negligence of Defendant ANTHONY MONACO proximately caused Plaintiffs to suffer serious injuries and damages, including damages to their bodies, great mental anguish, loss of income, and property damage.

**WHEREFORE,** Plaintiffs DARRIN WILLIAMS and DEQUAWN BUTLER demand judgment against Defendant ANTHONY MONACO as follows:

a.   Plaintiff DARRIN WILLIAMS demands judgment in the amount of Fifteen Thousand Dollars ($15,000.00), plus attorney's fees, interests and costs.

b.   Plaintiff DEQUAWN BUTLER demands judgment in the amount of Fifteen Thousand Dollars ($15,000.00), plus attorney's fees, interests and costs.

c.   Such other and further relief as this Court may deem appropriate.

3

LAW OFFICES OF SCOTT N. BERGMAN, LLC

Scott N. Bergman, Esq.   (011972)
7361 Calhoun Place, Suite 205
Rockville, MD 20855
Telephone No.: (301) 330-4444
Fax No.: (301) 330-4445
Email: sbergman@bergmanslaw.com

Attorneys for Plaintiff.

4

## IN THE DISTRICT COURT OF MARYLAND FOR ANNE ARUNDEL COUNTY

**DARRIN J. WILLIAMS**
2527 North Capitol St
Washington DC 20002

and

**DEQUAWN BUTLER**
2527 North Capitol St
Washington DC 20002

*Plaintiffs.*

v.

**Case No.:**

**ANTHONY J. MONACO**
347 Green Aspen CT.
Millersville, MD 21108

*Defendant.*

## NOTICE OF INTENTION TO ADMIT RECORDS

Plaintiffs DARRIN J. WILLIAMS and DEQUAWN BUTLER, by and through their

attorneys Scott N. Bergman and the Law Offices of Scott N. Bergman, LLC, hereby gives notice

pursuant to §10-104 and 10-105 of the Courts and Judicial Proceedings Article of the Maryland

Annotated Code, of their intentions to admit the following medical records, bills and

documentation listed below without presenting the live testimony of the health care providers:

**Darrin J. Williams:**

1. **Anacostia Neck & Back Pain Center (Lewis Levine, DC)**          $2,605.00
   a.   Treatment Dates: 4//02/2013 through 5/22/2013

**Dequawn Butler:**

1. **Anacostia Neck & Back Pain Center (Lewis Levine, DC)**          $2,815.00
   a.   Treatment Dates: 4/02/2013 through 5/22/2013

Respectfully submitted,

LAW OFFICES OF SCOTT N. BERGMAN, LLC

Scott N. Bergman, Esq.  ( 011972 )
7361 Calhoun Place, Suite 205
Rockville, MD 20855
Telephone No.: (301) 330-4444
Fax No.: (301) 330-4445
Email: achiang@bergmanslaw.com

Attorneys for Plaintiffs.

2